IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROLANDIS LARENZO CHATMON,                                       PETITIONER
ADC #140078

V.                     CASE NO. 4:19-CV-508-BRW-BD

LESLIE RUTLEDGE, Attorney General
State of Arkansas, *et al*.                                                 RESPONDENTS

## ORDER

I have carefully reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere and Mr. Chatmon's timely objections to the Recommendation. After careful consideration, this Court adopts the Recommendation as its own. Petitioner Rolandis Chatmon's petition for writ of habeas corpus (Doc. No. 2) is DENIED and DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 31st day of July, 2019.

                                                                  Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE