IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROLANDIS LARENZO CHATMON,**           **PETITIONER**
**ADC #140078**

V.                      CASE NO. 4:19-CV-508-BRW-BD

**LESLIE RUTLEDGE, Attorney General**
**State of Arkansas,** *et al*.           **RESPONDENTS**

## **JUDGMENT**

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 31st day of July, 2019.

                                        Billy Roy Wilson
                                 UNITED STATES DISTRICT JUDGE